UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| | |
|---|---|
| Case No. 2:23-cv-00468-HDV (JPR) | Date August 15, 2023 |
| Title *Miguel Angel Salazar v. Sean Moore* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER ACCEPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed the Report and Recommendation of United States Judge Jean P. Rosenbluth, filed on June 22, 2023 (the "Report & Recommendation") [Dkt. No. 15]. The Court accepts the Report & Recommendation, and for the reasons discussed therein dismisses Plaintiff's Petition [Dkt. No. 1] with prejudice.

**IT IS SO ORDERED.**